**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DAVID GERARD JEEP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 4:09-CV-1856-CAS |
| | ) |
| ST. CHARLES COUNTY D.O.C., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

    **IT IS HEREBY ORDERED** that plaintiff's "Pro Se Motion to Amend This Petition for Reconsideration of this Dismissal 12/10/09" is **DENIED**.[1] [Doc. 8]

    **IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   12th   day of January, 2010.

---

    [1]On December 10, 2009, the Court dismissed this case as legally frivolous [Docs. 6 and 7]. The Court finds that plaintiff's motion for reconsideration is without merit. Moreover, while leave to amend should be "freely granted," the Court is not required to grant leave to amend a complaint where, as here, the party fails to file the proposed amended pleading. See Wolgin v. Smith, 722 F.2d 389, 395 (8th Cir. 1983)("to preserve the right to amend a complaint a party must submit a proposed amendment along with its motion").